# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BOXABLE INC., <br>     Plaintiff, <br> v. <br> JONATHAN GARMAN, <br>     Defendant. | Case No. 2:23-cv-01213-RFB-NJK <br><br> **Order** |

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than November 3, 2023, a joint proposed discovery plan.

    IT IS SO ORDERED.

    Dated: October 27, 2023

                                              Nancy J. Koppe <br>
                                              United States Magistrate Judge