# EXHIBIT D

**Jonathan Investigation**

- Discussed ▮▮▮▮ salary
- Told her other people were getting raises, but she wasn't (Did not disclose who)
- Said we would be closed down in the next few months- by summer
- Said that there were 8 people who made over 200K
- Mentioned he was interviewing at other companies (Coach and a crypto company, closer to him)
- Called the IT team gay and general name-calling
- ▮▮▮▮ insider information to the FB investor group
- Gave ▮▮▮▮ his number to keep in contact. ▮▮▮▮ has not reached out
- Said that ▮▮▮▮ only got her job because she is a super fan
- Said he found it funny that ▮▮▮▮ and the ▮▮▮▮ came in on the same day
- Would always ask what things were being said in the investor FB page
- When ▮▮▮▮ was asking about information from the offering, he said that there were a bunch of things that were going to come out about Boxabl's money and spending
- ▮▮▮▮ did say that a lot of the things that he would say were in the offerings anyway so she didn't think too much about it

▮▮▮▮

- Said Boxabl had enough money for the next couple of years without income
- Disclosed the salary of several employees- ▮▮▮▮ - mentioned when a raise was given
- Offered an accounting position for $54,000 – The position did not exist with HR

▮▮▮▮

- Offered an accounting position after ▮▮▮▮ didn't take it
- Mentioned that the Fabs earn more than some in the office

▮▮▮▮ They would only discuss work-related items

▮▮▮▮

- Discussed ▮▮▮▮ salaries and the 5 highest paid people at Boxabl and their salaries
- ▮▮▮▮
- ▮▮▮▮
- ▮▮▮▮
- He believed that the company was ▮▮▮▮, was going to go bankrupt and ▮▮▮▮
- Mentioned he had access to ▮▮▮▮
- Believed that there was a connection with all of the New York people- ▮▮▮▮
- Told me he had found Galiano's address- he knew how much he bought it for and searched for houses that sold for that much in the time that Galiano bought it. Also told me it was bought through a trust
- Offered a position on the finance team- obviously that position didn't exist
- Called ▮▮▮▮ his shadow boss
- ▮▮▮▮
- Anytime I would stay later, Jonathan would spend about the last hour of the day talking to ▮▮▮▮
- Would always look at my screen and track what I was doing, made me uncomfortable
- Mentioned how much it cost to build a Casita and that it really would never be profitable

**Recap from Boxabl Lunch**
- Multiple people mentioned that he would say, "You are fine for ___ amount of time, but then you should probably think about looking for a new job." (The length of time varied from person to person)
- Would mention things about ▮▮▮▮, including a report of domestic violence
- Someone said that ▮▮▮▮▮▮ was in his influence
- Would constantly say things that people felt were confidential and shouldn't have been shared
- Said that the company was not profitable

An employee informed me that they believe Jonathan Garman was the source of the business insider leaks and recent bad press / fake news that has affected Boxabl. Notably, they stated that Jonathan was very excited in the office telling other employees he had discovered my home address by cross referencing several documents.

I did title my house anonymously to avoid people knowing where I lived to help protect my families safety, so its very upsetting and disturbing that Jonathan would do something like that in an attempt to harm us.

Other items from the business insider article was info that likely only our controller knew. Not sure why someone would try and sabotage the company they work for, seems pretty weird.

Please add this to Jonathans employee file.

| | |
|---|---|
| **From:** | ██████████ |
| **To:** | ██████████ |
| **Subject:** | Jonathan notes |
| **Date:** | Friday, March 17, 2023 1:22:15 PM |

- Boxabl was going to fail within 2-3 years
- Shares were made up and were worth nothing
- ██████████████████████████████████████████████████████████████████
- That all employees were watched via cameras
- They could go into people's emails and send emails or delete emails
- ██████ would go into BambooHR as Jonathan and send messages to candidates on his behalf
- Employees salaries were brought up | People who are liked get paid more than others
- Insurance issues with the factory employees were too high and they couldn't insure their families
    - How there needed to be a review in benefits
- ████████████████████████████████████████████████

    ○

██████████████
██████████
Boxabl
5345 East North Belt Road
████████████████████ USA
██████████████
https://www.boxabl.com

On 2/28/23 I spoke with Jonathan about complaints I received about negative comments that he is making in the office and how it is decreasing morale.  The feedback I received was he talked about how the company would go bankrupt in a few years and being negative about different topics.  Another complaint I received was that he shared employees' compensation (I don't know who's salary info he has shared) and how that has decreased morale as well.

I spoke to Jonathan privately in the Factory around 4:30pm to address the issues that had been brought to my attention.  I told Jonathan I received complaints from different employees as to the comments that he's made about the company and its future which are perceived as negative, in turn decreasing employee morale.  Jonathan said he didn't think he said anything negative but rather he was stating facts and that employees came to him asking him about Boxabl's financial state since he is the Controller.  I advised him although he may see the numbers today, the information he has can change and if what he is seeing today may not be the best, he should also add a "but this could change if other factors change" as he is merely forecasting and not taking into consideration other factors that may come into play.  Jonathan agreed with me and I also went on to tell him to be mindful of the words that he speaks as some of the team is younger and may not be able to see past what he is saying as they look to him as an authoritative figure – he agreed with what I said and said he would be more mindful and take that into consideration.

Next, I mentioned the feedback I received about him sharing employee's compensation and how that affected employee morale as well.  Jonathan said he did not share anyone's compensation but then went on to say compensation is public knowledge and has to be disclosed so its public anyways.  I asked him if all employee compensation information is publicly disclosed and he said no just a few employees.  From there I told him if its public knowledge they can go find it but it is not acceptable for him to share this information with anyone and if they really want to know, they can find it on their own.  Jonathan understood.

When we ended the conversation, I told him I wanted to bring this to his attention just like I would any other employee so he is aware of the impact that he is having on the team.  ████████████████████████████████████████████████████████████████████████████████████████████████████████

| | |
|---|---|
| **From:** | ▇▇▇▇▇ |
| **To:** | ▇▇▇▇▇ |
| **Subject:** | Team Interview Notes |
| **Date:** | Monday, March 13, 2023 2:44:43 PM |

Hi all,

I interviewed ▇▇▇▇▇ together as a group regarding inappropriate conversations with Jonathan Garman. Here are my notes from the interview. The parties involved in each note are highlighted.

All Interviewed - Christmas bonus amounts for other employees were discussed between Jonathan and each person I interviewed. This was discussed in one-on-one conversations between Jonathan and the interviewee.

▇▇▇▇▇

All Interviewed - Jonathan told the employees that their stock options agreements are worthless and will only be worth $20 in the future.

▇▇▇▇▇ - Jonathan pointed out to him that other employees received more stock options than him.

▇▇▇▇▇ - Jonathan discovered ▇▇▇ address (▇▇ said he was gung-ho about finding Galiano's house). Showed pictures of the home to ▇▇ and ▇▇ during smoke break.

▇▇▇▇▇ - ▇▇ had a smoke break with Jonathan where Jonathan pointed out that Business Insider contacted him (but no further details of the interaction).

▇▇▇▇▇ - Jonathan said Greg Ehlers contacted him for information (but did not share if he disclosed information).

▇▇▇▇▇

▇▇▇▇▇ Jonathan and ▇▇ were often discussing the business insider article during work hours. It was never directly said that he leaked the information, but it was apparent

based on the conversations according to ███

███████████ - Company lawsuits were often brought up by Jonathan and discussed.

███████████ - ████████████████████████████

████████████████████████████████████████████████████
██████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████

████████████████████████████ Jonathan made it known that he was closely following the lawsuit between Boxabl and Greg Ehlers.

All Interviewed - Said that HR did not do much work and often made jokes at their expense.

███████████ - Jonathan claimed that he knew that Boxabl needed an accountant but had the job post taken down in spite because ██████ asked him for justification of the role.

All Interviewed - ████████ did not like the structure with ████████████ in the books.

All Interviewed - Jonathan was open about having a pre-written resignation letter for at least a month and claimed he was going to quit on multiple occasions.

All Interviewed - Jonathan was actively doing interviews and talking about it with everyone I interviewed ████████████ . (according to ████ it has been happening since Jonathan was initially hired.)

Angel Trejo-Lopez ████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████

All Interviewed - Jonathan claimed there was lots of nepotism in the company and that it made him upset.

███████████ - Jonathan said "I don't know why ████ is here, it's only because of ██████". Was angry about ████ working part time because of school.

███████████ - Jonathan says "civilians" a lot like it is a separate group of people who are "less than" military personnel.

All Interviewed - Jonathan was not a fan of ▮▮▮ claiming that they are unqualified due to age and experience.

All Interviewed - Jonathan often told everyone that they are "drinking the kool aid" and should not trust the company.

All Interviewed - Jonathan did lots of projections and claimed that we were going to fail and go bankrupt.

▮▮▮ - Jonathan did not like ▮▮▮ Jonathan told ▮▮▮ that we were paying ▮▮▮ after termination and it made him upset. He supposedly did a deep dive on ▮▮▮ and paid for resources to do so.

▮▮▮ - Jonathan told ▮▮▮ that her job was going to be outsourced and that she should quit.

▮▮▮
▮▮▮
Boxabl
5345 East North Belt Road
▮▮▮
▮▮▮

https://www.boxabl.com

**Subject:** Fw: feedback/jonathon
**Date:** Monday, March 13, 2023 5:33:18 PM

**From:** ▮▮▮▮▮
**Sent:** Monday, March 13, 2023 5:07 PM
**To:** ▮▮▮▮▮
**Subject:** feedback

Paolo, here is some feedback I have gathered.

▮▮▮▮ not much interaction

▮▮▮ – thought he was weird, randomly would point out – "hey, I know how many stock options you have"

▮▮▮ - he would try to start conversation about salaries but ▮▮▮ deflected and remained distant

▮▮▮ – not much interaction

▮▮▮▮▮▮ – he would talk about how many stock options employees have, negative about how diluted and overvalued we are

▮▮▮▮ – just mentioned his negative attitude towards the company and cost / valuation


▮▮▮▮▮
▮▮▮▮▮
Boxabl
5345 East North Belt Road
▮▮▮▮▮ USA
▮ ▮▮▮▮▮
https://www.boxabl.com

# Jonathan Garman

• www.linkedin.com/in/jongarman

## Controller Profile

**Dynamic and results-driven professional with track record of financial planning and implementing cost-effective strategies/plans; leveraging finance controllership expertise to ensure achievement of organizational objectives.**

Superior analytical acumen with expertise in tracking, determining, and resolving critical issues with highly strategic approach and methodology. Proven track record leading hundreds of personnel around the world while optimizing the management of billions of dollars of organizational funds. Proficient in providing insights and recommendations on daily expenditures, cost reductions, resource allocations, and risk management. Articulate communicator, capable of driving a cohesive, strategic operational approach. Visionary, strategic, and conceptual thinker able to generate new ideas an initiate change in support of organizational goals.

## Areas of Expertise

- Finance Management & Controllership
- Team Leadership & Coaching
- Budget Formulation & Management
- Risk Assessment & Mitigating

- Account Reconciliation & Management
- Enterprise Resource Planning Systems
- Financial Planning & Analysis
- Policy & Procedure Development

- Internal Control & Auditing
- Regulatory Compliance & Standards
- Problem Identification & Resolution
- C-Suite Collaboration

## Career Experience

**Controller,** VA Southern Nevada Healthcare System, North Las Vegas, NV    **07/2022 – Present**

- Responsible for $1B budget supporting over 40k veterans throughout southern Nevada working in coordination with 50 different departments ranging from logistics to medical personnel.
- Immediately identified inefficiencies in budget forecasting processes, payroll operations, and travel operations leading to revamped business processes resulting in a 50% reduction in compliance deficiencies monthly.
- Planned, coordinated, and consolidated critical financial information for business planning meetings with the Regional Executive Team to identify critical gaps and priorities for future budget considerations.
- Responsible for the timeliness and accuracy for all daily, monthly, and quarterly financial reports for the 3K employee regional organization to national headquarters.
- Actively coordinated among 50 sections to ensure current spend plans are adjusted as needed with spending actuals and in line with critical national priority execution benchmarks.

**US Army Finance Officer,** Multiple Locations    **06/2008 – 06/2022**

**Regional Director of Finance Operations,** 175th Finance Support Center, Kuwait/Fort Shafter, HI 06/2020 – 06/2022

- Ensured accurate $1.5B in disbursements ranging from personnel pay to contract payments across Middle East.
- Eliminated fraud, waste, and abuse during the critical drawdown of personnel in Iraq and Afghanistan by conducting 20 inspections on 10 subordinate finance offices' compliance with rules, laws, and regulations.
- Streamlined and consolidated all financial reporting requirements among finance personnel from South Korea to Hawaii as the senior financial policy officer in the Pacific Region.
- Coordinated through executive agencies to ensure subordinate organizations adhered to resource and financial guidance providing uninterrupted support to over 30K personnel.
- Formulated and disseminated long-term planning guidance for the reorganization of 7 subordinate finance offices in the Pacific Region in support of National policy directives.

*…continued…*

**Controller, Execution Branch,** US Army Europe, Wiesbaden, Germany 06/2017 – 05/2018

- Consolidated, evaluated, and controlled over $600M in obligation authority through ERP systems which included $400M in Congressionally directed European Deterrence Initiative funds.
- Through detailed cost analysis, coordination with stakeholders, and executive guidance, created long-term 5-year budget estimates for 10 subordinate organizations with a total resource guidance of over $4B.
- Reconciled over $2B in prior-year accounts through research and identification of dormant accounts resulting in over $200M in increased purchase power for critical organizational objectives.
- Ensured proper training and provisioning of equipment to 20K personnel to perform all missions as necessary across Europe including the coordination of rotation organizations from the continental United States.

**Assistant Director of Finance,** 1st Cavalry Division, Fort Hood, TX, 11/2016 – 06/2017

- Formulated and optimized budget through the development, monitoring, and regulation of spend plans for diverse organization of over 25K personnel with an annual budget authority of $400M while leading team of 14 finance professionals.
- Created intricate tracking mechanisms utilizing SAP ERP for 7 subordinate organizations ensuring compliance with previously approved spend plans while ensuring timely, legal, and proper dispensation of funds.
- Maintained open communications with executive leadership team and was responsible for quarterly and semi-annual program budget reviews ensuring a common operating picture for all stakeholders.

**Finance Manager,** 85th Civil Affairs Brigade, Fort Hood, TX, 09/2015 – 11/2016

- Concurrently filled two senior staff positions, the financial manager and the logistics manager to ensure seamless execution of sustainment operations through integrated ERP systems.
- Created and executed annual funding plans in excess of $20M for the organization and subordinate departments while providing accounting support for all financial transaction within the 2K personnel organization.
- Coordinated across multiple executive agencies for the geographically dispersed organization for future funding guidance and reorganization in support of a global special-operations mission set.

*Additional Experience*

*Finance Manager*, 11th Armored Cavalry Regiment, Fort Irwin, CA, 09/2013 – 09/2015
*Company Executive Manager*, Headquarters Company, 23rd Quartermaster Brigade, Fort Lee, VA, 03/2012 – 03/2013
*Department Manager*, 173rd Airborne Brigade Combat Team, Afghanistan/Bamberg, Germany, 08/2009 – 02/2012

## Education

**Master of Operational Studies,** 06/2020
Command and General Staff College, Fort Leavenworth, KS
**Master of Business Administration (MBA) / Master of Public Administration (MPA),** 08/2019
Syracuse University, Syracuse, NY
**Bachelor of Arts in Political Science,** 05/2008
San Jose State University, San Jose, CA

## Professional Development

Command and General Staff College, Fort Leavenworth, KS, 06/2020 | Operational Contract Support Course, Fort Leavenworth, KS, 06/2020 | Planning, Programming, Budgeting, and Execution Course, Fort Jackson, SC, 02/2017 | Enhanced Defense Financial Management Training Course, Fort Hood, TX, 11/2016 | Combined Logistics Captains Career Course, Fort Lee, VA, 08/2013 | Transportation Officer Basic Course, Fort Eustis, VA, 03/2009