**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOXABL INC., | Case No. 2:23-cv-01213-RFB-NJK |
|     Plaintiff, | **ORDER** |
| v. | [Docket No. 48] |
| JONATHAN GARMAN, | |
|     Defendant. | |

    Pending before the Court is the parties' proposed discovery plan.  Docket No. 48.  The discovery period is calculated from the date the first defendant answers or otherwise appears in this case.  Local Rule 26-1(b)(1).  In this case, the Court ordered the parties' joint proposed discovery plan was due four weeks after resolution of the anti-SLAPP motion.  Docket No. 32. That motion was resolved on February 23, 2024.  Docket No. 42.  The parties' proposed discovery deadlines are measures from March 12, 2024; however, they should be measured from February 23, 2024.  Docket No. 48 at 1.  Therefore, the parties' proposed discovery plan does not comply with the Local Rules.

    Accordingly, the proposed discovery plan is **DENIED** without prejudice.  Docket No. 48. An amended discovery plan must be filed by March 20, 2024.  To the extent special scheduling review is sought therein, a specific showing must be made as to why the presumptively reasonable deadlines should not apply based on the particular circumstances of this case.  Otherwise, the parties must include the default deadlines, calculated from February 23, 2024.

    IT IS SO ORDERED.

    Dated: March 18, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1