# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BOXABL INC.,

    Plaintiff(s),

v.

JONATHAN GARMAN,

    Defendant(s).

Case No. 2:23-cv-01213-RFB-NJK

**Order**

[Docket Nos. 58, 59]

Pending before the Court are Defendant Jonathan Garman's motions for protective order and to quash. Docket Nos. 58, 59. If the parties have agreed to vacate Garman's deposition pending resolution of this motion practice, they must file a notice so indicating by May 6, 2024. If such a notice is filed, this motion practice will be briefed pursuant to the default schedule. *See* Local Rule 7-2. If such a notice is not filed, then any response to these motions must be filed by May 8, 2024, and any reply must be filed by May 9, 2024.[1]

IT IS SO ORDERED.

Dated: May 3, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Counsel are cautioned that the deadlines set herein control regardless of whether contrary deadlines are identified in notices automatically generated by CMECF. *See* Local Rule IC 3-1(d).

1