Lori N. Brown, Esq. (SBN 8858)
Peter E. Strniste, Jr., admitted pro hac vice
Cara M. Sgobba, admitted pro hac vice
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: lbrown@grsm.com
pstrniste@grsm.com;
csgobba@grsm.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| BOXABL INC., | ) |
| Plaintiff, | ) Case No.: 2:23-cv-01213-RFB-NJK |
| v. | ) |
| | ) STIPULATION AND |
| JONATHAN GARMAN, | ) JOINT MOTION FOR EXTENSION |
| | ) OF SCHEDULING ORDER DATED |
| Defendant. | ) MARCH 25, 2024 |
| _____ ) | |
| | ) FIRST REQUEST |

Plaintiff, Boxabl Inc. and defendant, Jonathan Garman (collectively the "Parties"), by and through its undersigned counsel of record, hereby moves this Court for an extension of the existing case deadlines set forth in the Court's Scheduling Order dated March 25, 2024 (ECF No. 52)[1] to the deadlines reflected in the "Proposed Revised Scheduling Order" chart set forth below. Good cause exists and excusable neglect has been demonstrated for the proposed extensions as set forth further herein.

---

[1] This Scheduling Order was entered sua sponte after the Court denied the parties Joint Proposed Discovery Plan and Scheduling Order (ECF No. 50) which sought an extend discovery period beyond 180 days.

-1-

On or about on April 3, 2024, Plaintiff served its First Set of Interrogatories and First Set of Requests for Production of Documents upon Defendant (collectively "Written Discovery") and noticed depositions of Defendant and two third parties including Gregory Ehlers. Thereafter Defendant and Mr. Ehlers disputed the propriety of this discovery. On May 2, 2024, Defendant filed his second set of Motions For Protective Order and to Quash Deposition Subpoenas (ECF No. 58, 59) disputing the Written Discovery and noticed depositions. On May 20, 2024, Defendant served partial responses to the Written Discovery. On June 4, 2024, Mr. Ehlers filed a Motion for Protective Order (ECF No. 68) concerning his deposition. Plaintiff opposed the Defendant and Mr. Ehlers' aforementioned motions at ECF Nos. 58, 59, 68 ("Motions") and these motions are currently pending decisions and/or further briefing before the Court.

In addition, Plaintiff produced its first set of documents on June 5, 2024, and designated the majority of its production Attorneys' Eyes Only. Defendant reports this has interfered with Defendant's ability to review this production. Parties are currently conferring to attempt to reach a compromise on disputed confidentially designations.

Accordingly Parties' receipt of material discovery in this action has been delayed for at least approximately one to two months at present (with the given range depending upon the outcome of the Motions) and that delay is ongoing pending final resolution of the pending motions. Parties seek an opportunity to analyze said outstanding discovery before final decisions can also be made concerning experts in the action.

Furthermore, Defendant's deadline for filing its answer in this case has been extended pending resolution of its Motion to Dismiss, which was granted on June 24, 2024. Anticipated depositions in this matter are expected to include parties residing outside the Las Vegas area, and

in Mr. Garman's case, reportedly residing in Hawaii, which parties have generally agreed to conduct in person, a detail which parties expect may extend the time period needed coordinate and schedule these proceedings.

Discovery that remains to be completed in this action includes responses to the Written Discovery outlined above and depositions of the Parties and of certain third parties as may be determined including Mr. Ehlers. As the discovery cutoff has not yet passed and given that the Motions are pending, Parties are still finalizing their discovery strategies.

Based on the forgoing Parties respectfully request that the Scheduling Order applicable to this above-captioned action be amended as follows:

Proposed Revised Scheduling Order

| Activity | Current deadline | Proposed Amended Deadline |
|---|---|---|
| Motion to amend / add parties | May 23, 2024 | 30 days from the date on which a final order is entered on the last of the Motions. |
| Initial experts | June 24, 2024 | 90 days from the date on which a final order is entered on the last of the Motions |
| Rebuttal experts | July 22, 2024 | 120 days from the date on which a final order is entered on the last of the Motions |
| Discovery cutoff | August 21, 2024 | 120 days from the date on which a final order is entered on the last of the Motions |
| Dispositive motions | September 20, 2024 | 150 days from the date on which a final order is entered on the last of the Motions |
| Joint proposed pretrial order | October 21, 2024 or 30 days after resolution of dispositive motions. | 180 days from the date on which a final order is entered on the last of the Motions or 30 days after resolution of dispositive motions, whichever later |

Respectfully submitted,

/s/   *Cara Sgobba*                                      /s/    *Shelby A. Dahl*_____

Lori N. Brown, Esq. (SBN 8858)                 David M. Doto, Esq. (11796)
Peter E. Strniste, Jr., admitted pro hac vice

-3-

| | |
|---|---|
| Cara M. Sgobba, admitted pro hac vice<br>**GORDON REES SCULLY**<br>**MANSUKHANI, LLP**<br>300 S. 4th Street, Suite 1550<br>Las Vegas, NV 89101<br>Telephone: (702) 577-9300<br>Facsimile: (702) 255-2858<br>Email: lbrown@grsm.com<br>pstrniste@grsm.com;<br>csgobba@grsm.com<br><br>*Attorneys for Boxabl Inc.* | Robert E. Werbicky, Esq. (6166)<br>Shelby A. Dahl, Esq. (13856)<br>**HUTCHISON & STEFFEN, PLLC**<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, Nevada 89145<br>Telephone: (702) 385-2500<br>Facsimile: (702) 385-2086<br>ddoto@hutchlegal.com<br>rwerbicky@hutchlegal.com<br>sdahl@hutchlegal.com<br><br>*Attorneys for Jonathan Garman* |

Dated: June 24, 2024

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

DATED:

**CERTIFICATE OF SERVICE**

I hereby certify that on today's date of June 24, 2024, the foregoing Motion was served via the Court's CM/ECF system to counsel for all parties of record.

                                                                               */s/     Cara Sgobba*
                                                          An Employee of Gordon Rees
                                                             Scully Mansukhani, LLP