1

2

3

4                              **UNITED STATES DISTRICT COURT**

5                                   **DISTRICT OF NEVADA**

6

7    BOXABL INC.,                                    Case No. 2:23-cv-01213-RFB-NJK

8              Plaintiff(s),                                         **Order**

9    v.                                                        [Docket No. 75]

10   JONATHAN GARMAN,

11             Defendant(s).

12        Pending before the Court is a stipulation to extend case management deadlines in light of

13   the parties' discovery disputes.  Docket No. 75.

14        The stipulation is denied in two ways.  First, the deadline to amend or add parties expired

15   a month ago, *see id.* at 3, and the Court has not been provided with sufficient explanation for a

16   need to revive that deadline or of excusable neglect, *see* Local Rule 26-3.[1]  Second, the Court

17   declines the invitation to set floating deadlines as opposed to calendar dates.  *Cf.* Local Rule 26-

18   1(b)(1) (requiring discovery plans to include a "calendar date" for the discovery cutoff).

19        With those caveats, the Court finds good cause for a 60-day extension to the case

20   management deadlines.  Accordingly, the stipulation is **GRANTED** in part and deadlines are **SET**

21   as follows:

22        • Amend pleadings/ add parties:  closed

23        • Initial experts:  August 21, 2024

24        • Rebuttal experts:  September 20, 2024

25        • Discovery cutoff:  October 21, 2024

26        • Dispositive motions:  November 20, 2024

27   _____

         [1] If the need to amend or add parties arises, the request for that relief must also explain why
28   the pertinent standards are met to modify the scheduling order.

                                               1

- Joint proposed pretrial order:  December 20, 2024, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: June 25, 2024

_____

Nancy J. Koppe
United States Magistrate Judge