# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BOXABL INC.,

    Plaintiff(s),

v.

JONATHAN GARMAN,

    Defendant(s).

Case No. 2:23-cv-01213-RFB-NJK

**Order**

Defendant has filed a motion to compel arbitration. Docket No. 80. Although the motion alludes to the contention that discovery should not proceed in this case, Defendant has not filed a motion to stay discovery pending resolution of the motion to compel arbitration. *See Arik v. Meyers*, 2020 WL 515843, at *1 (D. Nev. Jan. 31, 2020) (outlining pertinent standards). If Defendant is seeking such relief, a motion to stay discovery must be filed by July 2, 2024. Any response to that motion must be filed by July 8, 2024, and any reply must be filed by July 9, 2024.[1]

IT IS SO ORDERED.

Dated: June 27, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Counsel must comply with the deadlines set herein, regardless of whether different deadlines are automatically generated by CMECF hereafter. *See* Local Rule IC 3-1(d).

1