EXHIBIT C



| Bates Beginning | Bates Ending | Title | Summary |
|---|---|---|---|
| | | | GRSM Billing Summary from 6/3/22- 6/30/22 for General Corporate Matters |
| | | | GRSM Billing Summary from 7/1/22- 7/31/22 for Now CFO LLC |
| | | | GRSM Billing Summary from 7/13/22- 7/31/22 for Former Employee Ashry - Theft |
| | | | GRSM Billing Summary from 9/2/22- 9/30/22 for Ehlers v. Paolo Tiramani |
| | | | GRSM Billing Summary from 9/1/22- 9/30/22 for General Employment Matters |
| | | | GRSM Billing Summary from 10/6/22- 10/31/22 for General Corporate Matter |
| | | | GRSM Billing Summary from 10/1/22- 10/31/22 for Ehlers v. Paolo Tiramani |
| | | | GRSM Billing Summary from 10/3/22- 10/31/22 for Now CFO LLC |
| | | | GRSM Billing Summary from 10/3/22- 10/31/22 for Former Employee Ashry - Theft |
| | | | GRSM Billing Summary from 10/10/22- 10/31/22 for General Legal Work |
| | | | GRSM Billing Summary from 10/21/22- 10/31/22 for REIT - Mesquite, NV |
| | | | GRSM Billing Summary from 11/3/22- 11/30/22 for General Corporate Matter |
| | | | GRSM Billing Summary from 11/07/22- 11/30/22 for Now CFO LLC |
| | | | GRSM Billing Summary from 11/7/22- 11/30/22 for Former Employee Ashry - Theft |
| | | | GRSM Billing Summary from 11/8/22- 11/30/22 for General Legal Work |
| | | | GRSM Billing Summary from 11/2/22- 11/30/22 for Boxabl Casita - 50 State Survey / Contract |
| | | | GRSM Billing Summary from 5/16/22- 5/31/22 for Now CFO LLC |
| | | | GRSM Pre-Litigation Letter for Reimbursement to Now CFO - signed by Schumacher |
| | | | GRSM Pre-Litigation Letter for Reimbursement to Now CFO - signed by Schumacher (revision 1) |
| | | | GRSM Pre-Litigation Letter for Reimbursement to Now CFO - signed by Schumacher (revision 2) |
| | | | Payment to GRSM on 6/2/22 for Ehlers v. Tiramani |
| | | | Email thread featuring Larkin, Fischer, and Anna Cannata for GRSM invoice to Boxabl |
| | | | GRSM Billing Summary from 2/1/22- 3/31/22 for Ehlers v. Paolo Tiramani |
| | | | GRSM Billing Summary from 4/1/22- 4/30/22 for Ehlers v. Paolo Tiramani |
| | | | Payment to GRSM on 6/2/22 for Ehlers v. Tiramani |
| | | | GRSM Pre-Litigation Letter for Reimbursement to Now CFO - signed by Schumacher |
| | | | Letter to Schumacher from NOW CFO in response to Pre-Litigation Demand for Reimbursement |
| | | | 7/3/22 Email Thread between Larkin and Galiano regarding GRSM payment |
| | | | GRSM Billing Summary from 5/16/22- 5/31/22 for Now CFO LLC |
| | | | Payment to GRSM on 7/5/22 for Now CFO LLC |
| | | | 7/8/22 Email Thread between Larkin and Galiano regarding GRSM payment |
| | | | GRSM Billing Summary from 5/2/22- 5/31/22 for Ehlers v. Paolo Tiramani |
| | | | Payment to GRSM on 7/11/22 for Ehlers v. Tiramani |
| | | | GRSM memo re: Short Term Rental Regulations in Las Vegas |
| | | | Ashry Complaint filed by Schumacher |
| | | | Ashry Initial Appearance Fee Disclosure filed by Schumacher |
| | | | NOW CFO Demand for Arbitration |
| | | | Payments List (including those made to GRSM) |
| | | | Payments List (including those made to GRSM) |
| | | | NOW CFO Demand for Arbitration DRAFT - comments by Fischer |
| | | | NOW CFO Demand for Arbitration - revisions by Fischer |
| | | | NOW CFO Demand for Arbitration - revisions by Fischer |
| | | | NOW CFO Demand for Arbitration - revisions by Schumacher |
| | | | NOW CFO Demand for Arbitration - revisions by Schumacher |
| | | | GRSM Billing Summary from 7/15/22- 7/31/22 for Ehlers v. Paolo Tiramani |
| | | | 9/14/22 Email thread featuring Larkin, Fischer, and Anna Cannata for GRSM invoice to Boxabl |
| | | | GRSM Billing Summary from 7/1/22- 7/31/22 for General Corporate Matter |
| | | | 9/15/22 Payment to GRSM |
| | | | 9/16/22 Email thread featuring Larkin, Fischer, and Anna Cannata for GRSM invoice to Boxabl |
| | | | GRSM Billing Summary from 7/15/22- 7/31/22 for Ehlers v. Paolo Tiramani |
| | | | 9/16/22 Payment to GRSM |
| | | | 9/15/22 Email thread featuring Larkin, Fischer, and Anna Cannata for GRSM invoice to Boxabl |
| | | | GRSM Billing Summary from 7/1/22- 7/31/22 for Now CFO LLC |
| | | | 9/16/22 Payment to GRSM |
| | | | 9/15/22 Email thread featuring Larkin, Fischer, and Anna Cannata for GRSM invoice to Boxabl |
| | | | GRSM Billing Summary from 7/13/22- 7/31/22 for Former Employee Ashry - Theft |
| | | | 9/16/22 Payment to GRSM |
| | | | Now CFO Demand for Arbitration Form |
| | | | 10/17/22 Email thread featuring Larkin, Fischer, and Anna Cannata for GRSM invoice to Boxabl |
| | | | GRSM Billing Summary from 8/1/22- 8/31/22 for Now CFO LLC |
| | | | 10/18/22 Payment to GRSM |
| | | | 10/17/22 Email thread featuring Larkin, Fischer, and Anna Cannata for GRSM invoice to Boxabl |
| | | | GRSM Billing Summary from 8/1/22- 8/31/22 for Now CFO LLC |
| | | | 10/17/22 Email thread featuring Larkin, Fischer, and Anna Cannata for GRSM invoice to Boxabl |
| | | | 10/17/22 Email thread featuring Larkin, Fischer, and Anna Cannata for GRSM invoice to Boxabl |
| | | | GRSM Billing Summary from 8/1/22- /31/22 for Ehlers v. Paolo Tiramani |
| | | | 10/17/22 Email thread featuring Larkin, Fischer, and Anna Cannata for GRSM invoice to Boxabl |
| | | | GRSM Billing Summary from 8/1/22- 8/31/22 for General Corporate Matter |
| | | | GRSM Billing Summary from 9/1/22- 9/30/22 for General Corporate Matter |
| | | | GRSM Billing Summary from 9/13/22- 9/30/22 for Now CFO LLC |
| | | | GRSM Billing Summary from 9/5/22- 9/30/22 for Former Employee Ashry - Theft |
| | | | GRSM Billing Summary from 10/1/22- 10/31/22 for General Employment Matters |
| | | | GRSM Billing Summary from 10/1/22- 10/31/22 for Boxabl Casita - 50 State Survey / Contract |
| | | .pdf | 11/14/22 Payment to GRSM |
| | | | 11/10/22 Email thread featuring Larkin, Fischer, and Anna Cannata for GRSM invoice to Boxabl |
| | | | GRSM Billing Summary from 10/1/22- 10/31/22 for Former Employee Ashry - Theft |
| | | .pdf | 11/14/22 Payment to GRSM |
| | | | GRSM Billing Summary from 10/1/22- 10/31/22 for Now CFO LLC |
| | | | GRSM Billing Summary from 10/1/22- 10/31/22 for Ehlers v. Paolo Tiramani |
| | | | GRSM Billing Summary from 10/1/22- 10/31/22 for General Corporate Matter |
| | | | 11/13/22 Email thread featuring Larkin, Fischer, and Anna Cannata for GRSM invoice to Boxabl |
| | | | GRSM Billing Summary from 10/6/22- 10/31/22 for General Corporate Matter |
| | | | 11/14/22 Payment to GRSM |
| | | | 11/13/22 Email thread featuring Larkin, Fischer, and Anna Cannata for GRSM invoice to Boxabl |
| | | | GRSM Billing Summary from 10/1/22- 10/31/22 for Ehlers v. Paolo Tiramani |
| | | | 11/14/22 Payment to GRSM |
| | | | 11/13/22 Email referencing Invoice for Peter Strniste's legal assistance |
| | | | GRSM Billing Summary from 10/10/22- 10/31/22 for General Legal Work |
| | | | 11/14/22 Payment to GRSM |
| | | | 11/13/22 Email referencing Invoice for Ashry case |
| | | | GRSM Billing Summary from 10/1/22- 10/31/22 for Former Employee Ashry - Theft |
| | | | 11/14/22 Payment to GRSM |
| | | | 11/13/22 Email referencing Invoice for assistance with Casita |
| | | | GRSM Billing Summary from 10/1/22- 10/31/22 for Boxabl Casita - 50 State Survey / Contract |
| | | | 11/14/22 Payment to GRSM |
| | | | Letter to Jude Bateman about her confidentiality obligations |
| | | | Cease and Desist Letter for Baca re: Ehlers |
| | | | Cease and Desist Letter for Byrd re: trade secrets |
| | | | Bank of Nevada account details, including reference to GRSM |
| | | | Bank of Nevada account details, including reference to GRSM |
| | | | Bank of Nevada account details, including reference to GRSM |
| | | | Bank of Nevada account details, including reference to GRSM |
| | | | Bank of Nevada account details, including reference to GRSM |
| | | | Bank of Nevada account details, including reference to GRSM |
| | | | Bank of Nevada account details, including reference to GRSM |
| | | | Bank of Nevada account details, including reference to GRSM |
| | | | Bank of Nevada account details, including reference to GRSM |
| | | | Bank of Nevada account details, including reference to GRSM |
| | | | Email from Mark Preiss re: employee use of credit card points |
| | | | GRSM Billing Summary from 2/1/22- 3/31/22 for Ehlers v. Paolo Tiramani |
| | | | GRSM Billing Summary from 4/1/22- 4/30/22 for Ehlers v. Paolo Tiramani |
| | | | GRSM Billing Summary from 11/6/22- 11/30/22 for Ehlers v. Paolo Tiramani |
| | | | GRSM Billing Summary from 11/8/22- 11/30/22 for REIT - Mesquite, NV |
| | | | 1/6/23 Email re: GRSM invoice |
| | | | GRSM Billing Summary from 9/1/22- 9/30/22 for General Employment Matters |



GRSM Billing Summary from 10/3/22- 10/31/22 for General Employment Matters
GRSM Billing Summary from 9/5/22- 9/30/22 for Former Employee Ashry - Theft
GRSM Billing Summary from 9/2/22- 9/30/22 for Ehlers v. Paolo Tiramani
GRSM Billing Summary from 9/1/22- 9/30/22 for General Corporate Matter
GRSM Billing Summary from 10/21/22- 10/31/22 for REIT - Mesquite, NV
GRSM Billing Summary from 10/1/22- 10/31/22 for Now CFO LLC
GRSM Billing Summary from 9/13/22- 9/30/22 for Now CFO LLC
GRSM Billing Summary from 6/3/22- 6/30/22 for General Corporate Matter
1/8/23 Email to GRSM re: duplicate payment
1/9/23 Payment to GRSM
Fees to Professionals (including GRSM)
Boxabl v. NOW CFO - first set of discovery requests
Fees to Professionals (including GRSM)
GRSM Billing Summary from 12/1/22- 12/31/22 for General Corporate Matter
GRSM Billing Summary from 12/1/22- 12/31/22 for Ehlers v. Paolo Tiramani
GRSM Billing Summary from 12/2/22- 12/31/22 for Now CFO
GRSM Billing Summary from 12/1/22- 12/31/22 for General Employment Matters
GRSM Billing Summary from 12/1/22- 12/31/22 for General Legal Work
GRSM Billing Summary from 12/1/22- 12/31/22 for Stanley Works v. 500 Group
GRSM Billing Summary from 12/1/22- 12/31/22 for Former Employee Ashry - Theft
2/3/23 Email to Mark Preiss re: overtime queries at Boxabl
2/3/23 Email re: Mark Preiss' availability to answer a question about overtime
2/3/23 Continued Emails re: overtime with Mark Preiss
2/3/23 Email re: overtime clarifications with Mark Preiss
Fees to Professionals (including GRSM)
2/6/23 Email re: thoughts on Mark Preiss' clarification for overtime
2/6/23 Email re: thoughts on Mark Preiss' clarification for overtime
2/6/23 Mark Preiss email in response to overtime follow-up
2/6/23 Email in response to Mark Preiss' clarification on overtime
2/6/23 Email in response to Mark Preiss' clarification on overtime
Fees to Professionals (including GRSM)
Pia Hoyt 2/8/23 Letter to GRSM re: Now CFO Settlement Offer