<u>EXHIBIT D</u>



PECCOLE PROFESSIONAL PARK
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NEVADA 89145
702.385.2500, FAX 702.385.2086
HUTCHLEGAL.COM

DAVID M. DOTO
PARTNER
DDOTO@HUTCHLEGAL.COM

OUR FILE NO. 10473-001

June 25, 2024

*Via U.S. Mail*:

Boxabl
5345 East North Belt Rd.
North Las Vegas, Nevada 89115
Attn: Attorney General

Lori N. Brown
Gordon Rees Scully Mansukhami
2 N. Central Ave., Suite 2200
Phoenix AZ 85004

Cara Sgobba
Gordon Rees Scully Mansukhami
28 State St., Suite 1050
Boston MA 02109

Peter E. Strniste, Jr.
Gordon & Rees LLP
95 Glastonbury Blvd., Suite 206
Glastonbury CT 06033

**RE:    Case No. 2:23-cv-01213, *Boxabl Inc. v. Jonathan Garman***

To Whom it May Concern:

This firm represents Jon Garman. We have reviewed the Mutual Dispute Resolution Agreement ("MDRA") dated September 30, 2022, requiring the resolution of all disputes via arbitration. As set forth within the MDRA:

> "Arbitration shall be the exclusive method for resolving any covered dispute, provided, however, that either party may request provisional relief from a court of competent jurisdiction without waiving the right to arbitration, to the extend provided by applicable federal or Nevada law, upon the ground that the award to which the party may be entitled may be rendered ineffectual without provisional relief."

Please consider this to be Mr. Garman's formal demand for arbitration as set forth in the MDRA, though we have previously brought this matter to the attention of counsel. Per the procedures section, a copy of JAMS' Stipulation for Arbitration is attached to be completed and submitted.

Should you wish to discuss this matter, please do not hesitate to contact the undersigned.

Sincere regards,

HUTCHISON & STEFFEN, PLLC

*/s/ David M. Doto*

David M. Doto
Shelby A. Dahl
*For the Firm*