# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOXABL INC., | Case No. 2:23-cv-01213-RFB-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 82] |
| JONATHAN GARMAN, | |
| Defendant(s). | |

Pending before the Court is Defendant's motion to extend the deadline to respond to the amended complaint. Docket No. 82. Defendant thereafter filed an answer, Docket No. 88, so the motion to extend is **DENIED** as moot.

IT IS SO ORDERED.

Dated: July 11, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1