UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOXABL INC.,<br>    Plaintiff,<br>v.<br>JONATHAN GARMAN,<br>    Defendant. | Case No. 2:23-cv-01213-RFB-NJK<br><br>**Order**<br><br>[Docket No. 120] |

Pending before the Court is Plaintiff's motion for leave to leave to file a second amended complaint. Docket No. 120. Defendant filed a response in opposition. Docket No. 123. Plaintiff filed a reply. Docket No. 124. The motion is properly resolved without a hearing. *See* Local Rule 78-1.

Defendant's response to the instant motion submits that "[t]his case should be inactive until the Court decides whether it will continue in this Court or another forum" given that there is a pending motion to compel arbitration. Docket No. 123 at 1; *see also* Docket No. 116. Defendant further contends that the "timing of the [instant] motion seems solely designed to help Boxabl avoid its obligation to arbitrate this manner by stretching out the scope of this case." Docket No. 123 at 2. Plaintiff's reply submits that the instant motion "is not designed to interfere with the Court's prompt adjudication of the Motion to Compel arbitration as [Defendant] alleges" and that "[Plaintiff] has no objection to the court electing to decide the Motion to Compel Arbitration prior to or alongside this instant Motion to Amend and indeed concurs with [Defendant's] request that it do so." Docket No. 124 at 1-2.

1

Accordingly, the instant motion is **DENIED** without prejudice. Docket No. 120. In the event the motion to compel arbitration is not granted, Plaintiff may refile the motion within seven days of the resolution of the motion to compel arbitration.

IT IS SO ORDERED.

Dated: September 8, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2